DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL A. MITCHELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-860

[July 15, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 501996CF009161B.

Michael A. Mitchell, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Sneed v. State*, 749 So. 2d 545, 546 (Fla. 4th DCA 2000) (motion to correct an illegal sentence which has been served is moot).

WARNER, GERBER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***